**Order filed, October 2, 2019.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-19-00440-CR
_____

**ROBERT LOUIS MCNEAL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 212th District Court
Galveston County, Texas
Trial Court Cause No. 17-CR-2938**

---

## ORDER

The reporter's record in this case was due September 6, 2019. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Jennifer Hall, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM